SCOTT GOLDSMITH - SBN 259499
goldsmith.scott@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Telephone:   (714) 800-1400
Facsimile:   (714) 800-1499

ERIC R. SHERMAN - SBN 0331430
sherman.eric@dorsey.com
MICHAEL ROWE – SBN 0392598
rowe.michael@dorsey.com
admitted pro hac vice
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:   (612) 340-2600
Facsimile:   (612) 340-2868

Attorneys for Defendant U.S. Bank National Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LIERA SORIA a/k/a SAMUEL S. LIERA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 8:17-CV-00603-CJC-KES<br><br>**DECLARATION OF JOHN ULZHEIMER IN SUPPORT OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 1, 2019<br>Time:   1:30 p.m.<br>Ctrm:   7C (First Street)<br>Judge:  Hon. Cormac J. Carney |

I, John Ulzheimer, pursuant to 28 U.S.C. § 1746, declare:

1. I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

2. I have been retained by U.S. Bank National Association to provide an expert opinion in the above-captioned case on credit reporting, reasonable investigation of credit disputes, credit damages, and identity theft.

3. **Exhibit I** is a true and correct copy of a written report I provided dated January 16, 2019 ("Expert Report"), and is herein incorporated by reference. All of the statements in my Expert Report are true and accurate. If called upon to testify, I will testify under oath to the matters contained in my Expert Report.

4. I have worked in the consumer credit industry since November 1991, including with Equifax Credit Information Services, FICO (formally known as Fair Isaac Corporation and best known for its FICO credit scores), and Credit.com. As a former employee of those companies, I have worked with, helped train, and supervised employees on processes and procedures involved in credit reporting, credit report dispute resolution, Fair Credit Reporting Act compliance, credit score model design and development, and consumer credit risk management. I have served as an expert witness in more than 350 lawsuits concerning credit issues and have been qualified to testify as an expert in both Federal and state courts. I have served as an expert for both plaintiffs and defendants, and for creditors and consumers. Additional information concerning my background, experience, publications, and the matters in which I have testified previously is contained in my Expert Report.

5. The opinions expressed in my Expert Report are my own based upon my review of the facts and case materials identified in the Report. If called upon to testify, I would testify to those opinions, including without limitation that U.S. Bank maintains procedures with respect to furnishing of credit data and fraud and credit reporting investigations that a reasonably adapted to comply with the Fair

DECLARATION OF JOHN ULZHEIMER IN SUPPORT
OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 8:17-cv-00603-CJC-KES

1

1  Credit Reporting Act and the California Consumer Credit Reporting Agencies Act
2  and performed a reasonable investigation with respect to Plaintiff's various fraud
3  disputes.
4      I declare under the penalty of perjury of the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed this **1st** day of March, 2019, at Atlanta, Georgia.

*/s/ John Ulzheimer*

John Ulzheimer