UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

# CIVIL MINUTES – GENERAL

| Case No. | SACV 17-00603-CJC (KESx) | Date | July 12, 2019 |
|---|---|---|---|
| Title | Samuel S. Liera v. U.S. Bank N.A. et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [97], here by orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                                                      -      :      -

                                                        Initials of Deputy Clerk    gga

cc: